## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

DEBORAH LAUFER, Individually,

    Plaintiff,

v.

                                            Case No. 2:20-cv-00011-SCJ-JCF

HIGHLAND LODGING LLC,
A Georgia Corporation,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Deborah Laufer and Defendant, Highland Lodging LLC, by and through their undersigned counsel, hereby advise the Court that they have reached an agreement in principle to resolve this dispute. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

                */s/ Tristan W. Gillespie*
                Tristan W. Gillespie, Esq.
                THOMAS B. BACON, P.A.
                5150 Cottage Farm Rd.
                Johns Creek, GA 30022
                ATTORNEYS FOR PLAINTIFF