IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DEBORAH LAUFER, Individually,<br><br>    Plaintiff,<br><br>v.<br><br>HIGHLAND LODGING LLC,<br>A Georgia Corporation,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 2:20-CV-0011-SCJ |

## O R D E R

Counsel for Plaintiff having filed Notice [Doc. 16] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 24th day of February, 2020.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE